UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHER DIVISION

HON. PATRICK J.DUGGAN
CIVIL NO.08-15328

AL MORRISON,

        Plaintiff(s),

-V-

PERINI BUILDING COMPANY, INC.,

        Defendant(s).

_____/

ORDER OF DISMISSAL
At a session of said Court held in the
United States Courthouse,in the City of
Detroit, State of Michigan, on <u>September 21, 2009.</u>

PRESENT:  THE HONORABLE PATRICK J.DUGGAN
UNITED STATES DISTRICT JUDGE

The Court having received a Stipulation for Dismissal but no order having been presented;

IT IS HEREBY ORDERED that the above-entitled case be, and hereby is DISMISSED with prejudice pursuant to the stipulation of the parties filed September 21, 2009.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated:  September 21, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 21, 2009, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager